# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1742
Lower Tribunal No. 12-15727
_____

**M.H., the Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant.

Sara Elizabeth Goldfarb (Tallahassee); Weinstein Law, P.A., and Morgan Lyle Weinstein (Fort Lauderdale), for appellee Guardian ad Litem; Karla Perkins, for appellee the Department of Children and Families.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed.